83,071-01

Clerk,

My name is Vinson Cowan. Please file the included letter in Cause # WR-83,071-01. Please ensure the court hearing Cause # WR-83,071-01 recieves a copy of this letter. Thank you for your time.

Vinson Cowan

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

Cause # WR-83,071-01

4/6/15

To the court hearing cause # WR-83071-01,

My name is Vinson Cowan. Pertaing to ground one in my writ of Habeas corpus, Actual innocence. The GSR testing is "NEW" evidence because at my co-defendants trial the state had an expert witness testify and his testimony explaining how the alledged gunpowder couldn't be proven to be gunpowder. This information beneficial to me was not made available to me by the prosecutor. Prior to my Plea. And I did mention the GSR testing in my writ.